

10/15/13

Motion to Reopen

Dear Judge Isicoff,

I was never notified of a court hearing on case #13-19385-LMI although they obviously had my address. I received notification of Mrs Smith's discharge. I was not listed in the case as a creditor in any part of the case.

Enclosed is a copy of the final judgement as notification to D.M.V. & letter from Mrs. Smith's attorney.

This request is delayed due to major accident involving immediate family - 8-10 hrs daily at hospital (proof available) mail piled up - at P.O. I went to Rm 1510 & found out what I needed to do. Due to my failing health - I'm on a walker - everything takes twice as long as normal.

I Request waiving of filing fee since I'm unable to work (proof available) & would qualify, unfortunately, for an indigent form if you had one. Also they made the error not me.

If you agree to grant this request, please schedule hearing to allow enough time to contact "Put Something Back" program and hopefully receive some help in this.

Thank you -

Sincerely,
Paula Butler
POB 521020
Miami Fl 33152

IN THE COUNTY COURT IN AND FOR
DADE COUNTY, FLORIDA

CIVIL DIVISION

CASE NO. 94-10344 SP 23

PAULA BUTLER

        Plaintiff,        FINAL JUDGMENT AGAINST
                             DEFENDANT

vs.

GWENDOLYN FLEMING
BERIS RICHARDS

        Defendant.

_____/

    It is **ADJUDGED** that the Plaintiff, PAULA BUTLER, recover from the Defendant, BERIS RICHARDS, the principal sum of $2,500.00, that shall bear interest at the rate of 12% a year, for which let Execution issue.

    **ORDERED** at Dade County, Florida, this 14th day of October, 1994.



COUNTY JUDGE
RAPHAEL STEINHARDT

Copies furnished to:
Parties of Record
Defendant's last known address:
11800 N.W. 13 Ave.
Miami, Florida

[OFF. REC BK]
16551 PG 4327

# NOTICE OF UNSATISFIED JUDGMENT

DEPARTMENT OF HIGHWAY SAFETY
AND MOTOR VEHICLES
BUREAU OF FINANCIAL RESPONSIBILITY
HINSON BUILDING
TALLAHASSEE, FLORIDA  32301

FOLDER NUMBER  94 R 529530

IN RE:  SMALL CLAIMS COURT
CASE NO.  94-10344 SP 23

__Paula Butler_____  Plaintiff (s)

v.

__Beris Richards_____  Defendant (s)

YOU ARE HEREBY NOTIFIED THAT:

__Beris Richards_____ was/were sued for damages and a judgment of $ __$2,500.00__, plus $ _____ costs, was rendered on __October 14, 1994__ , against the following named
(date of Judgment)
Defendant (s) __Beris Richards_____
(name of Defendant (s) against who Judgment awarded)

in an action for damages to/on __Property Damage_____
(property damages or on a promissory note)

resulting from the operation of a motor vehicle on __March 9, 1994__
(date of accident)

in __Dade County_____ County, Florida.

As of the date of this letter, no notice of appeal of the aforesaid Judgment has been filed with the Clerk of this Court, nor has the said Judgment been stayed or satisfied according to the records of this Court.

Since this Judgment has become final by expiration without appeal, any security that has been deposited by or on behalf of the Judgment debtor pursuant to Section 324.061, Florida Statutes, may be released in full or partial satisfaction of the said Judgment, or such other action taken as is authorized by law.

Dated this __4__ day of __January__, 19__95__, A. D.

__Paula Butler_____
Creditor's Name

__P.O. Box 521020_____
Address

__Miami, Fl._____
City

Signature of Court Clerk or Judge
541/

Dade Court

5555 Biscayne Blvd
Address of Court  N. Miami, Fl
33160

_____
Attorney for Creditor

Court Seal

# DIEPPA LAW FIRM, P.A.

ATTORNEYS AT LAW
2097 W. 76 STREET
HIALEAH, FL 33016
PHONE: 305-826-8266
FAX: 305-823-5596
E-FAX: 786-513-0687

September 9, 2013

**VIA US MAIL**
Paula Butler
PO Box 521020
Miami FL 33152

RE: Gwendolyn Smith
Case No. 13-19385-LMI

Dear Ms. Butler:

Please find enclosed copy of Ms. Smith's Discharge obtained on August 9, 2013. The attached debt was discharged in the bankruptcy.

Should you have any questions regarding this letter or if we can assist you in any matter, please do not hesitate to contact us.

Sincerely yours,

Eduardo E. Dieppa III, Esq.

Cc: Gwendolyn Smith

Enclosure