11-&-13

Dear Judge Isicoff,

Enclosing a copy of my letter.

Thank you for granting me a hearing, however the letter sent notifying me was written 10/25/13 and received 11/4/13 which was the date of the hearing. The envelope shows no postmark but I was speaking with the P.O. manager so that is verifyable.

My original letter explains I need time to speak with "Put Something Back". I also must arrange for someone to drive me. This would have been sent out immediately but for glasses breaking + had to wait for someone to bring another pair. I asked them to come + write but wouldn't have been any sooner. Cataracts.

I wasn't aware or told I must call a clerk + speak to them after they receive the letter before a date is set. Maybe no one reads them.

Please know I am not a rude person and would deliberately ignore an appointment. I hope you will reset & I will call daily to avoid any confusion.

Thank you.

Sincerely
Paula Butler
POB 521020
Miami 33152

Case 13 19385 Lmi

Form CGFCRD9 (11/14/11)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 13-19385-LMI
Chapter: 7

In re:

Gwendolyn L. Smith
2029 NW 49th Street
Miami, FL 33142

SSN: xxx-xx-1626

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **November 4, 2013 at 10:30 AM** at the following location:

**Claude Pepper Federal Bldg
51 SW First Ave Room 1409
Miami FL 33130**

to consider the following:

**Motion to Reopen Chapter 7 Case; Motion To Waive Reopening Fee Filed by Creditor Paula Butler. (23)**

**THIS MATTER HAS BEEN SCHEDULED FOR A NON-EVIDENTIARY HEARING.**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above-described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002-1(F) and 9073-1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), pagers, personal data assistants (PDA), laptop computers, radios, tape recorders, etc., are not permitted in the courtroom, chambers or other environs of this court. These restrictions (except for cameras not integrated into a cell phone device) do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. An attorney seeking entry to the Ft. Lauderdale courthouse facilities must also be admitted to practice in the Southern District of Florida or be authorized to appear by pro hac vice order. No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072-2.

Dated: 10/21/13

CLERK OF COURT
By: <u>Noemi Sanabria</u>
Courtroom Deputy

X 1827

029924                                    3950902995 3015

10/12/13

Motion to Reopen

Dear Judge Isicoff,

I was never notified of a court hearing on case #13-19385-LMI although they obviously had my address. I received notification of Mrs. Smith's discharge. I was not listed in the case as a Creditor in any part of the case.

Enclosed is a copy of the final judgement as notification to D.M.V. + letter from Mrs. Smith's attorney.

This request is delayed due to major accident involving immediate family - 8-10 hrs daily at hospital (proof available) mail piled up - at P.O. I went to Rm 1510 & found out what I needed to do. Due to my failing health - I'm on a walker - everything takes twice as long as normal.

I request waiving of filing fee since I'm unable to work (proof available) & would qualify, unfortunately, for an indigent form if you had one. Also they made the error not me.

If you agree to grant this request, please schedule hearing to allow enough time to contact "Put Something Back" program and hopefully receive some help in this.

Thank you -

Sincerely,
Paula Butler

10/12/13

Motion to Reopen

Dear Judge Isicoff,
I was never notified of a court hearing on case #13-19385-LMI although they obviously had my address. I received notification of Mrs. Smith's discharge. I was not listed in the case as a creditor in any part of the case.
Enclosed is a copy of the final judgement as notification to DMV & letter from Mrs. Smith's attorney.

This request is delayed due to major accident involving immediate family - 8-10 hrs daily at hospital (proof available) mail piled up - at P.O. I went to Rm 1510 & found out what I needed to do. Due to my failing health - I'm on a walker - everything takes twice as long as normal.

I request waiving of filing fee since I'm unable to work (proof available) & would qualify, unfortunately, for an indigent form if you had one. Also they made the error not me.

If you agree to grant this request, please schedule hearing to allow enough time to contact "Put Something Back" program and hopefully receive some help in this.
Thank you -
Sincerely,
Paula Butler