

ORDERED in the Southern District of Florida on January 10, 2014.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re                                                    CASE NO. 13-19385-BKC-LMI

GWENDOLYN L. SMITH,                                      Chapter 7

        Debtor(s).
_____/

### ORDER DENYING MOTION TO RECONSIDER

THIS CAUSE came before the Court on January 6, 2014 upon the Motion to Reconsider (ECF #27). The Court has reviewed the Motion and based upon the record, it is

ORDERED AND ADJUDGED:

1. The Motion to Reconsider is denied for the reasons stated on the record.

###

Copies furnished to:
Eduardo Dieppa, Esq.

    Attorney Dieppa shall serve a conformed copy of this order upon all parties in interest and shall file a Certificate of Service of same with the Clerk of the Court.